AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JAYASEKHAR KOVURI
3414 Blacksmith Street, S.E.,
Olympia, WA 98501

**SUMMONS IN A CIVIL CASE**

V.

CONDOLEEZZA RICE, Sec. of State of the U.S., and
MICHAEL B. MUKASEY, Attorney General of the U.S., and
ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations, and
EMILIO T. GONZALEZ, Dir. of U.S. Citizenship and Immigration Services, and
PAUL E. NOVAK, JR., Dir. USCIS Vermont Service Center, and
EVELYN C. UPCHURCH, Dir. USCIS Texas Service Center.

Case: 1:07-cv-02268
Assigned To : Leon, Richard J.
Assign. Date : 12/19/2007
Description: TRO/PI

TO: (Name and address of Defendant)

MICHAEL B. MUKASEY, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.,
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within _~~X~~ 60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

**DEC 19 2007**

CLERK [signature]

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 20, 2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Brian S. Green | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Federal Express Delivery

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 20, 2007

           Date                        *Signature of Server*

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Brian Green**

**From:** TrackingUpdates@fedex.com
**Sent:** Thursday, December 20, 2007 10:22 AM
**To:** Brian Green
**Subject:** FedEx Shipment 952639381629 Delivered

```
This tracking update has been requested by:

Company Name:                    MURTHY LAW FIRM
Name:                            MEAGHAN BACCALA
E-mail:                          meaghanb@murthy.com


Our records indicate that the following shipment has been delivered:

Reference:                       KOVURI BG/MB
Ship (P/U) date:                 Dec 19, 2007
Delivery date:                   Dec 20, 2007 10:12 AM
Sign for by:                     M.PARRIS
Delivered to:                    Shipping/Receiving
Service type:                    FedEx Priority Overnight
Packaging type:                  FedEx Envelope
Number of pieces:                1
Weight:                          3.00 lb.
Special handling/Services:       Deliver Weekday

Tracking number:                 952639381629


Shipper Information              Recipient Information
MEAGHAN BACCALA                  MICHAEL B. MUKASEY, US ATTORNEY
MURTHY LAW FIRM                  GEN
10451 MILL RUN CIRCLE;SUITE 100  U.S. DEPARTMENT OF JUSTICE
OWINGS MILLS                     950 PENNSYLVANIA AVENUE, N.W.
MD                               WASHINGTON
US                               DC
21117                            US
                                 20530


Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:21 AM CST
on 12/20/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
```

12/21/2007