AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JAYASEKHAR KOVURI
3414 Blacksmith Street, S.E.,
Olympia, WA 98501

**SUMMONS IN A CIVIL CASE**

V.

CONDOLEEZZA RICE, Sec. of State of the U.S., and
MICHAEL B. MUKASEY, Attorney General of the U.S., and
ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations, and
EMILIO T. GONZALEZ, Dir. of U.S. Citizenship and Immigration Services, and
PAUL E. NOVAK, JR., Dir. USCIS Vermont Service Center, and
EVELYN C. UPCHURCH, Dir. USCIS Texas Service Center.

Case: 1:07-cv-02268
Assigned To : Leon, Richard J.
Assign. Date : 12/19/2007
Description: TRO/PI

TO: (Name and address of Defendant)

DR. EMILIO T. GONZALEZ
Director, U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
20 Massachusetts Avenue, N.W.,
Washington, D.C. 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

DEC 19 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE December 20, 2007 |
| NAME OF SERVER (PRINT) Brian S. Green | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  **Federal Express Delivery**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  December 20, 2007
                    Date            Signature of Server

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Brian Green

**From:** TrackingUpdates@fedex.com
**Sent:** Thursday, December 20, 2007 10:25 AM
**To:** Brian Green
**Subject:** FedEx Shipment 952639381592 Delivered

This tracking update has been requested by:

Company Name:     MURTHY LAW FIRM
Name:             MEAGHAN BACCALA
E-mail:           meaghanb@murthy.com

Our records indicate that the following shipment has been delivered:

Reference:                   KOVURI BG/MB
Ship (P/U) date:             Dec 19, 2007
Delivery date:               Dec 20, 2007 10:21 AM
Sign for by:                 C.NEMETH
Delivered to:                Receptionist/Front Desk
Service type:                FedEx Priority Overnight
Packaging type:              FedEx Envelope
Number of pieces:            1
Weight:                      3.00 lb.
Special handling/Services:   Deliver Weekday

Tracking number:             952639381592

Shipper Information
MEAGHAN BACCALA
MURTHY LAW FIRM
10451 MILL RUN CIRCLE;SUITE 100
OWINGS MILLS
MD
US
21117

Recipient Information
DR. EMILIO T. GONZALEZ, DIRECTOR
US CITIZENSHIP & IMMIGRATION SERVIC
U.S. DEPT OF HOMELAND SECURITY;20 MASSACHUSETTS AVENUE, N.W.
WASHINGTON
DC
US
20529

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:25 AM CST on 12/20/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

12/20/2007