AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JAYASEKHAR KOVURI
3414 Blacksmith Street, S.E.,
Olympia, WA 98501

**SUMMONS IN A CIVIL CASE**

V.

CONDOLEEZZA RICE, Sec. of State of the U.S., and
MICHAEL B. MUKASEY, Attorney General of the U.S., and
ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations, and
EMILIO T. GONZALEZ, Dir. of U.S. Citizenship and Immigration Services, and
PAUL E. NOVAK, JR., Dir. USCIS Vermont Service Center, and
EVELYN C. UPCHURCH, Dir. USCIS Texas Service Center

Case: 1:07-cv-02268
Assigned To : Leon, Richard J.
Assign. Date : 12/19/2007
Description: TRO/PI

TO: (Name and address of Defendant)

PAUL E. NOVAK, JR., Director
Vermont Service Center
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
75 Lower Welden Street
St. Albans, V.T. 05479-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        DEC 19 2007

CLERK                          DATE

(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE December 20, 2007 |
| NAME OF SERVER (PRINT) Brian S. Green | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __Federal Express Delivery__

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __December 20, 2007__
　　　　　　　　Date

*Signature of Server*

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Brian Green**

**From:** TrackingUpdates@fedex.com
**Sent:** Thursday, December 20, 2007 11:37 AM
**To:** Brian Green
**Subject:** FedEx Shipment 952639381581 Delivered

```
This tracking update has been requested by:

Company Name:                        MURTHY LAW FIRM
Name:                                MEAGHAN BACCALA
E-mail:                              meaghanb@murthy.com


Our records indicate that the following shipment has been delivered:

Reference:                           KOVURI BG/MB
Ship (P/U) date:                     Dec 19, 2007
Delivery date:                       Dec 20, 2007 11:29 AM
Sign for by:                         A.STANLY
Delivered to:                        Receptionist/Front Desk
Service type:                        FedEx Priority Overnight
Packaging type:                      FedEx Envelope
Number of pieces:                    1
Weight:                              3.00 lb.
Special handling/Services:           Deliver Weekday

Tracking number:                     952639381581


Shipper Information                  Recipient Information
MEAGHAN BACCALA                      PAUL E. NOVAK, JR., DIRECTOR
MURTHY LAW FIRM                      VERMONT SERVICE CENTER
10451 MILL RUN CIRCLE;SUITE 100      US DEPT OF HOMELAND SECURITY:
                                     USCIS;75 LOWER WELDEN STREET
OWINGS MILLS                         ST ALBANS
MD                                   VT
US                                   US
21117                                054790001


Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 10:36 AM CST
on 12/20/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
```

12/20/2007