UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAYASEKHAR KOVURI,<br>3414 Blacksmith Street, S.E.,<br>Olympia, WA 98501,<br><br>　　　　Plaintiff,<br>v.<br><br>CONDOLEEZZA RICE, Secretary of<br>State of the United States, et al.,<br><br>　　　　Defendants. | STIPULATION OF DISMISSAL<br><br>CASE NUMBER 1:07-cv-02268 (RJL)<br><br>AGENCY CASE NO. A096-242-234<br><br>JUDGE RICHARD J. LEON |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

Respectfully submitted,

_____
Aron A. Finkelstein, Esquire
D.C. Bar No. MD25590
Murthy Law Firm
10451 Mill Run Circle
Suite 100
Owings Mills, MD 21117
(410) 356-5440

Counsel for Plaintiff

_____
JEFFREY A. TAYLOR, D.C. BAR # 598610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR $ 434122
Assistant United States Attorney

_____
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198 Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov